UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ILYA TSEGLIN, et al., <br>     Plaintiffs, <br> v. <br> COUNTY OF ORANGE, et al., <br>     Defendants. | Case No.: SACV 16-02283-PA (JDE) <br><br> ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the underlying complaint, the records on file, and the Report and Recommendation of the assigned United States Magistrate Judge. Plaintiffs have not filed any written objections to the report.

IT IS HEREBY ORDERED that:

1. The Report and Recommendation is approved and accepted.
2. Judgment shall be entered dismissing this case without prejudice.

Dated: October 17, 2017

PERCY ANDERSON
United States District Judge