JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ILYA TSEGLIN, et al., | Case No.: SACV 16-02283-PA (JDE) |
|         Plaintiffs, | JUDGMENT |
|       v. | |
| COUNTY OF ORANGE, et al., | |
|         Defendants. | |

      Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

      IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated:   October 17, 2017

                                   
PERCY ANDERSON
United States District Judge